# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Bankruptcy No. 19-70034-JAD |
| **Deborah A. McCaffrey,** : | |
| Debtor : | Chapter 13 |
| : | |
| **Deborah A. McCaffrey,** : | |
| Movant : | |
| v. : | |
| **Carrington Mortgage Services, LLC,** : | |
| Respondent : | |
| : | |
| **Ronda J. Winnecour, Esquire,** : | |
| **Chapter 13 Trustee,** : | |
| Additional Respondent : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the proposed Interim Mortgage Modification Order dated July 1, 2019, on the parties at the addresses on the attached matrix by first class mail.


Date: <u>July 2, 2019</u>                              /s/ Jessica L. Tighe
                                                        Jessica L. Tighe; Legal Asst.
                                                        Law Offices of Kenny P. Seitz
                                                        P.O. Box 211
                                                        Ligonier, PA 15658
                                                        Tel: 814.536-7470
                                                        Fax: 814.536-9924

## MATRIX OF PARTIES SERVED

James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Carrington Mortgage Services, LLC
Attn: Rudolph Orozco
1600 S. Douglass Road
Anaheim, CA 92806

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Deborah A. McCaffrey
154 Derby Street
Johnstown, PA 15905