# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** DEBORAH A MCCAFFREY
- **Case Number:** 19-70034-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 06, 2020 10:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#2 - Continued Confirmation of Plan Dated 1/25/2019 (NFC)
R / M #:  2 / 0

FILED
2/7/20 8:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Appearances:

- **Debtor:** Seitz
- **Trustee:** Winnecour / Pail / Katz / (DeSimone)
- **Creditor:**

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **6-11-20** at **11:30**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont for loss mit

1/29/2020    3:32:12PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 19-70034-JAD
Deborah A McCaffrey                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 2              Date Rcvd: Feb 07, 2020
                           Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
```
db             +Deborah A McCaffrey,    154 Derby Street,    Johnstown, PA 15905-4512
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14983752       +Aaa Debt Rec,    Pob 129,    Monroeville, PA 15146-0129
14983753       +Cambria County Tax Claim Bureau,    Cambria County Courthouse,    200 South Center Street,
                 Ebensburg, PA 15931-1962
14983754       #+Carrington Mortgage Se,    15 Enterprise St,    Aliso Viejo, CA 92656-2653
15011248       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
15004917        ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14997793       +First National Bank of Pennsylvania,    c/o AAS Debt Recovery, Inc.,
                 2526 Monroeville Blvd. Ste. 205,    Monroeville, PA 15146-2371
14983757       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14983758       +Michael J. Shavel, Esquire,    Hill Wallack, LLP,    777 Township Line Road, Suite 250,
                 Yardley, PA 19067-5565
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14983755       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 08 2020 02:48:54      Comenitybank/victoria,
                 Po Box 182789,    Columbus, OH 43218-2789
14983756       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 08 2020 02:48:54      Comenitycb/dntfirst,
                 Po Box 182120,    Columbus, OH 43218-2120
15006702        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 08 2020 02:53:23      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14983759       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 08 2020 02:49:19      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
15027409        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 08 2020 02:53:11
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14989780        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 08 2020 02:49:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14983760       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 08 2020 02:53:10
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
15021088        E-mail/Text: bnc-quantum@quantum3group.com Feb 08 2020 02:49:00
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
15017207        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 08 2020 03:39:58       Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 9
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Wilmington Savings Fund Society, FSB, as trustee o
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Deborah A McCaffrey thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-7          User: msch              Page 2 of 2            Date Rcvd: Feb 07, 2020
                              Form ID: pdf900         Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                           TOTAL: 5