**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 19-70034-JAD** |
| **Deborah A. McCaffrey,** | : | |
| Debtor | : | **Chapter 13** |
| | : | |
| **Deborah A. McCaffrey,** | : | **Docket No. 42** |
| Movant | : | |
| v. | : | **Hearing Date & Time: April 3, 2020** |
| **Carrington Mortgage Services, LLC,** | : | **11:00 AM** |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION**
**TO APPROVE LOAN MODIFICATION AGREEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Loan Modification Agreement filed on February 28, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Loan Modification Agreement appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Approve Loan Modification Agreement were to be filed and served no later than March 16, 2020.

It is hereby respectfully requested that the Order attached to the Motion to Approve Loan Modification Agreement be entered by the Court.

Dated: March 17, 2020          /s/ Kenneth P. Seitz, Esquire
                               Kenneth P. Seitz, Esquire
                               PA I.D. #81666
                               Law Offices of Kenny P. Seitz
                               P.O. Box 211
                               Ligonier, PA 15658
                               (814) 536-7470