**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-70034-JAD |
| Deborah A. McCaffrey, | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED MARCH 25, 2020**

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 26th day of March, 2020, a true and exact copy of the Amended Chapter 13 Plan dated March 25, 2020, along with a copy of the Order dated March 25, 2020, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>March 26, 2020</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          Peoples Natural Gas Company LLC         U.S. Bankruptcy Court
0315-7                                    c/o S. James Wallace, P.C.              5414 U.S. Steel Tower
Case 19-70034-JAD                         845 N. Lincoln Ave.                     600 Grant Street
WESTERN DISTRICT OF PENNSYLVANIA          Pittsburgh, PA 15233-1828                Pittsburgh, PA 15219-2703
Johnstown
Thu Mar 26 15:14:57 EDT 2020

Aaa Debt Rec                              Cambria County Tax Claim Bureau         Carrington Mortgage Se
Pob 129                                   Cambria County Courthouse               15 Enterprise St
Monroeville, PA 15146-0129                200 South Center Street                 Aliso Viejo, CA 92656-2653
                                          Ebensburg, PA 15931-1962


Carrington Mortgage Services, LLC         Comenitybank/victoria                   Comenitycb/dntfirst
1600 South Douglass Road                  Po Box 182789                           Po Box 182120
Anaheim, CA 92806-5951                    Columbus, OH 43218-2789                 Columbus, OH 43218-2120



ECMC                                      First National Bank of Pennsylvania     First Premier Bank
PO BOX 16408                              c/o AAS Debt Recovery, Inc.             3820 N Louise Ave
ST. PAUL, MN 55116-0408                   2526 Monroeville Blvd. Ste. 205         Sioux Falls, SD 57107-0145
                                          Monroeville, PA 15146-2371


LVNV Funding, LLC                         Michael J. Shavel, Esquire              Midland Funding
Resurgent Capital Services                Hill Wallack, LLP                       2365 Northside Dr Ste 30
PO Box 10587                              777 Township Line Road, Suite 250       San Diego, CA 92108-2709
Greenville, SC 29603-0587                 Yardley, PA 19067-5565


Office of the United States Trustee       Pennsylvania Department of Revenue      Portfolio Recov Assoc
Liberty Center.                           Bankruptcy Division P O Box 280946      120 Corporate Blvd Ste 1
1001 Liberty Avenue, Suite 970            Harrisburg PA  17128-0946               Norfolk, VA 23502-4952
Pittsburgh, PA 15222-3721


(p)PORTFOLIO RECOVERY ASSOCIATES LLC      Quantum3 Group LLC as agent for         Verizon
PO BOX 41067                              Comenity Bank                           by American InfoSource as agent
NORFOLK VA 23541-1067                     PO Box 788                              PO Box 4457
                                          Kirkland, WA  98083-0788                Houston, TX  77210-4457


Deborah A McCaffrey                       Kenneth P. Seitz                        Ronda J. Winnecour
154 Derby Street                          Law Offices of Kenny P. Seitz           Suite 3250, USX Tower
Johnstown, PA 15905-4512                  P.O. Box 211                            600 Grant Street
                                          Ligonier, PA 15658-0211                 Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
```