**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-70034-JAD |
|     Deborah A. McCaffrey, | : | |
|                   Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED JULY 15, 2020**

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 20th day of July, 2020, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated July 15, 2020, along with a copy of the Order dated July 16, 2020, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

| | |
|---|---|
| | Respectfully submitted, |
| Executed on: <u>July 20, 2020</u> | <u>/s/ Jessica L. Tighe</u> |
| | Jessica L. Tighe; Legal Asst. |
| | Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA  15658 |
| | (814) 536-7470 |

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 19-70034-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu Mar 26 15:14:57 EDT 2020 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Aaa Debt Rec<br>Pob 129<br>Monroeville, PA 15146-0129 | Cambria County Tax Claim Bureau<br>Cambria County Courthouse<br>200 South Center Street<br>Ebensburg, PA 15931-1962 | Carrington Mortgage Se<br>15 Enterprise St<br>Aliso Viejo, CA 92656-2653 |
| Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5951 | Comenitybank/victoria<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenitycb/dntfirst<br>Po Box 182120<br>Columbus, OH 43218-2120 |
| ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 | First National Bank of Pennsylvania<br>c/o AAS Debt Recovery, Inc.<br>2526 Monroeville Blvd. Ste. 205<br>Monroeville, PA 15146-2371 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Michael J. Shavel, Esquire<br>Hill Wallack, LLP<br>777 Township Line Road, Suite 250<br>Yardley, PA 19067-5565 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Department of Revenue<br>Bankruptcy Division P O Box 280946<br>Harrisburg PA  17128-0946 | Portfolio Recov Assoc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Deborah A McCaffrey<br>154 Derby Street<br>Johnstown, PA 15905-4512 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541