**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DEBORAH A MCCAFFREY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:19-70034 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/25/2019 and confirmed on 5/2/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 19,970.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 19,970.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 931.38 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,931.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3429 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 3,412.55 | 3,412.55 | 0.00 | 3,412.55 |
|     Acct: 3429 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 11,331.46 | 0.00 | 11,331.46 |
|     Acct: 3429 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3429 | | | | |
|   CAMBRIA COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3383 | | | | |
| | | | | 14,744.01 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEBORAH A MCCAFFREY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,494.36 | 3,494.36 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 505.64 | 505.64 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3429 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   FIRST NATIONAL BANK OF PA** | 325.63 | 11.05 | 0.00 | 11.05 |
|     Acct: 0072 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 54.19 | 1.84 | 0.00 | 1.84 |
|     Acct: 4700 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3675 | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0295 | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0969 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6086 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 687.37 | 23.32 | 0.00 | 23.32 |
| Acct: 1517 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 377.70 | 12.81 | 0.00 | 12.81 |
| Acct: 6707 | | | | |
|   PA DEPARTMENT OF REVENUE* | 928.50 | 31.49 | 0.00 | 31.49 |
| Acct: 9746 | | | | |
|   ECMC(*) | 6,175.05 | 209.45 | 0.00 | 209.45 |
| Acct: 0720 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2485 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 137.05 | 4.65 | 0.00 | 4.65 |
| Acct: 0001 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8277 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   HILL WALLACK LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   LIEPOLD HARRISON & ASSOCIATES PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 294.61 |

TOTAL PAID TO CREDITORS                                                                       15,038.62

  TOTAL CLAIMED
  PRIORITY             0.00
  SECURED          3,412.55
  UNSECURED        8,685.49


Date: 02/23/2022                                      /s/ Ronda J. Winnecour

                                                      RONDA J WINNECOUR PA ID #30399
                                                      CHAPTER 13 TRUSTEE WD PA
                                                      600 GRANT STREET
                                                      SUITE 3250 US STEEL TWR
                                                      PITTSBURGH, PA  15219
                                                      (412) 471-5566
                                                      cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DEBORAH A MCCAFFREY

        Debtor(s)

  Ronda J. Winnecour

        Movant

        vs.

  No Repondents.

Case No.:19-70034 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Deborah A McCaffrey  
    Debtor

Case No. 19-70034-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2  
Date Rcvd: Feb 24, 2022      Form ID: pdf900      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah A McCaffrey, 154 Derby Street, Johnstown, PA 15905-4512 |
| 14983752 | + | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 14983753 | + | Cambria County Tax Claim Bureau, Cambria County Courthouse, 200 South Center Street, Ebensburg, PA 15931-1962 |
| 14997793 | + | First National Bank of Pennsylvania, c/o AAS Debt Recovery, Inc., 2526 Monroeville Blvd. Ste. 205, Monroeville, PA 15146-2371 |
| 14983758 | + | Michael J. Shavel, Esquire, Hill Wallack, LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 24 2022 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 24 2022 23:35:00 | Wilmington Savings Fund Society, FSB,, c/o Carrington Mortgage Services, LLC, 1600 Douglass Road, Anaheim, CA 92806-5948 |
| 14983754 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 24 2022 23:35:00 | Carrington Mortgage Se, 15 Enterprise St, Aliso Viejo, CA 92656-2653 |
| 15011248 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 24 2022 23:35:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14983755 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14983756 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2022 23:35:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15004917 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 24 2022 23:36:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14983757 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 24 2022 23:37:05 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15006702 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:37:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14983759 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2022 23:36:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15027409 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:36:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14989780 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2022 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14983760 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:36:56 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15021088 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2022 23:36:00 | Quantum3 Group LLC as agent for, Comenity |

Case 19-70034-JAD    Doc 76    Filed 02/26/22    Entered 02/27/22 00:28:15    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15017207 | Email/PDF: ebn_ais@aisinfo.com | | Feb 24 2022 23:37:07 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2022           Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Deborah A McCaffrey thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 5