IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DEBORAH A MCCAFFREY

  Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Repondents.

Case No.:19-70034 JAD

Chapter 13

Related to ECF No. 73

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this \_\_\_19th\_\_\_ day of \_\_April\_\_\_, 20 22 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/19/22 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
JEFFERY A. DELLER    jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-70034-JAD
Deborah A McCaffrey     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 2
Date Rcvd: Apr 19, 2022     Form ID: pdf900     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah A McCaffrey, 154 Derby Street, Johnstown, PA 15905-4512 |
| 14983752 | + | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 14983753 | + | Cambria County Tax Claim Bureau, Cambria County Courthouse, 200 South Center Street, Ebensburg, PA 15931-1962 |
| 14997793 | + | First National Bank of Pennsylvania, c/o AAS Debt Recovery, Inc., 2526 Monroeville Blvd. Ste. 205, Monroeville, PA 15146-2371 |
| 14983758 | + | Michael J. Shavel, Esquire, Hill Wallack, LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 19 2022 23:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 19 2022 23:32:00 | Wilmington Savings Fund Society, FSB,, c/o Carrington Mortgage Services, LLC, 1600 Douglass Road, Anaheim, CA 92806-5948 |
| 14983754 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 19 2022 23:32:00 | Carrington Mortgage Se, 15 Enterprise St, Aliso Viejo, CA 92656-2653 |
| 15011248 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 19 2022 23:32:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14983755 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2022 23:32:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14983756 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2022 23:32:00 | Comenitycb/dntfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 15004917 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 19 2022 23:32:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14983757 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 19 2022 23:34:04 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15006702 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2022 23:34:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14983759 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2022 23:32:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15027409 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2022 23:34:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14989780 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2022 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14983760 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2022 23:34:09 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15021088 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2022 23:32:00 | Quantum3 Group LLC as agent for, Comenity |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: pdf900 | Total Noticed: 20 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15017207 | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2022 23:34:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Deborah A McCaffrey thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6